# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEAN MATTOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-1991-BAM PC<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE THIS CASE AND FILE PLAINTIFF'S LETTERS IN 1:10-cv-01641-LJO-GSA<br><br>(ECF Nos. 1, 4) |

On October 5, 2012, Plaintiff submitted a letter to the Northern District of California and this action was opened. (ECF No. 1.) On November 1, 2012, Plaintiff submitted a letter to the Court stating that he did not intend to open a new action, but the October 5, 2012 letter was in regards to case No. 1:10-cv-01641-LJO-GSA, that is currently pending. (ECF No. 4.) On December 7, 2012, this action was transferred to the Eastern District of California. (ECF No. 6.)

Accordingly, the Clerk of the Court is HEREBY DIRECTED to administratively close this case as opened in error, and file Plaintiff's letters, dated October 5, 2012, and November 1, 2012, in case No. 1:10-cv-01641-LJO-GSA.

IT IS SO ORDERED.

Dated: __December 7, 2012__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE