UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTOX,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT. CASTROL, *et al.*,<br><br>    Defendants. | Case No. 1:10-cv-01641-RRB<br><br>**ORDER REVOKING IFP STATUS** |

At Docket 26, the Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court, having fully considered the matter finds that reasonable jurists could not disagree with this Court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further. Accordingly, the appeal is frivolous or taken in bad faith.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's *in forma pauperis* status is hereby **REVOKED**.

**IT IS SO ORDERED** this 17th day of May, 2013.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]  28 U.S.C. § 1915(a)(3); *see Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate if the appeal is frivolous).